IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT D. MITCHELL                                                                                      PLAINTIFF
ADC #109391

VS.                                    CASE NO. 5:07CV00104 SWW

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 2nd day of January 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE